IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TIFFANEY LUECK,

              Plaintiff,                              Case No. 16-CV-626

v.

CAROLYN W. COLVIN,
Commissioner for Social Security,

              Defendant.

## ORDER FOR EAJA FEES

This matter coming before the Court on the parties' Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act, and the Court being fully informed, approves the Stipulation for an award of $7,500.00 for attorney's fees and expenses, and $0.00 for costs, be granted. After the Court enters this award, if the parties can verify that Plaintiff owes no pre-existing debt subject to offset, or if there is a remainder from the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the agreement duly signed by Plaintiff and counsel and the award shall be mailed to the attorney's office.

SO ORDERED this 19th Day of January, 2017.

                                           s/ William C. Griesbach
                                         William C. Griesbach, Chief Judge
                                         United States District Court